Opinion
issued February 17, 2011

 




 
 
 
 
 




 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01B09B00651BCV

 



 

JAMES BURNHAM, D.D.S.,
Appellant

 

V.

 

FIRST PACIFIC CORPORATION,
INC. D/B/A FIRST PACIFIC, INC., AND FPC AND I.C. SYSTEMS, INC., Appellees

 



 

On Appeal from the 151st
District Court

Harris County, Texas

Trial Court Cause No. 2004-31481

 



 

MEMORANDUM
OPINION








Appellant, James Burnham, D.D.S., has failed
to timely file a brief.  See Tex. R. App. P. 38.8(a) (failure of
appellant to file brief).  After being
notified that this appeal was subject to dismissal, appellant did not
adequately respond.  See Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

The appeal is dismissed for want of
prosecution for failure to timely file a brief. 


We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Justices Jennings, Alcala, and Sharp.